UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. _____

CHRISTIAN OMAR LEBRON MORALES,

    Plaintiff,

v.

GOLD AND ASSOCIATES, P.A.
d/b/a THE TICKET CLINIC,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant GOLD & ASSOCIATES, P.A. d/b/a THE TICKET CLINIC ("Defendant"), by and through the undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby removes this action from the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, where the action is now pending, to the United States District Court for the Southern District of Florida. The removal of this action is based upon the following:

1. On or about March 27, 2017, Plaintiff CHRISTIAN OMAR LEBRON MORALES ("Plaintiff") filed a civil action in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, entitled *Christian Omar Lebron Morales v. Gold and Associates, P.A., d/b/a The Ticket Clinic and Mark Gold, individually,* Case No. 2017-007351-CA-01 (hereinafter referred to as the "State Court Action").

2. Plaintiff's original Complaint contained six causes of action against Defendant, and one cause of action against individual Defendant Mark Gold. However, on or about April

13, 2017, Plaintiff filed an Amended Complaint that removed the individual claim against Mr. Gold, and so he is no longer a named defendant in the instant action.

3. Plaintiff's Amended Complaint contains the following causes of action against Defendant: (1) retaliation in violation of the Florida Whistleblower Act, §448.102 (Count I); (2) breach of contract (Count II); (3) quantum meruit (Count III); (4) unjust enrichment (Count IV); (5) failure to pay minimum wage and overtime compensation in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201, et seq. (Count V); and (6) retaliation in violation of the FLSA (Count VI).[1]

4. This action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. §1331, because Plaintiff has asserted two claims under the FLSA (Counts V and VI). This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. §1367(a).

5. A copy of the Amended Complaint and Summons in the State Court Action was served upon Defendant on April 26, 2017. This constituted Defendant's first legal notice of the State Court Action for purposes of removal. Thus, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), within thirty-days (30) from the date on which Defendant received notice of the State Court Action.

6. For the reasons stated above, this action is removable to this Court pursuant to the provisions of 28 U.S.C. §§ 1331, 1441.

7. The District and Division embracing the place where such action is pending is the United States District Court for the Southern District of Florida, Miami Division. *See* 28 U.S.C.

---

[1] Plaintiff's original Complaint contained a cause of action against individual Defendant Mark Gold, for unpaid minimum wage and overtime compensation under the FLSA.

§ 1441(a). The Southern District, Miami Division is the appropriate venue because Plaintiff alleges that the actions at issue took place in Miami-Dade County, Florida.

8. A true and correct copy of all process, pleadings, orders and other papers or exhibits of every kind currently on file in the State Court Action are attached hereto as Composite Exhibit "A," as required by 28 U.S.C. § 1446(a).

9. Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written Notice of the Removal to Plaintiff and has filed a copy of this Notice of Removal in the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida. A copy of Defendant's Notice of Filing Notice of Removal is attached hereto as Exhibit "B."

DATED this 12th day of May 2017.

Respectfully submitted,

LITTLER MENDELSON, P.C.
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida 33131
Tel: (305) 400-7500
Fax: (305) 603-2552

By: */s/ Aaron Reed*
    Aaron Reed
    Florida Bar No. 0557153
    E-mail: areed@littler.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 12th day of May 2017, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below, and also via any additional manner noted below.

*/s/ Aaron Reed*
Aaron Reed

**SERVICE LIST**

Peter Hoogerwoerd
E-mail: *pmh@rgpattorneys.com*
Waynice Green
E-mail: *wgreen@rgpattorneys.com*
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Tel: (305) 416-5000
Fax: (305) 416-5005

*Counsel for Plaintiff*

Firmwide:147048667.1 049841.1008